IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS K. LINDSEY, SR.,     )
                            )
     Plaintiff,             )
                            )         CIVIL ACTION NO.
     v.                     )           2:23cv171-MHT
                            )                (WO)
SOUTHERN HEALTH PARTNERS,   )
et al.,                     )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that he was subjected to derogatory and racist language by Covington County Jail staff. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed prior to service of process. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

2

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2023.

                                        /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**